**Paul James KOUMJIAN,
Petitioner–Appellant**

v.

**Rick PERRY, Texas Governor; Greg Abbott, Texas Attorney General; Brad Livingston, Executive Director, Texas Department of Criminal Justice, TDCJ; Texas Board of Pardons & Paroles, Respondents–Appellees.**

No. 08–50599
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 24, 2009.

*jian v. Quarterman,* No. 06–51492. Accordingly, Koumjian has shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Woollard v. United States,* 416 F.2d 50, 51 (5th Cir.1968). Koumjian's motion for a COA is GRANTED, the judgment of the district court is VACATED, and this case is REMANDED for proceedings consistent with this ruling. Koumjian's motion for the appointment of counsel is DENIED.

**No. 08–30588**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 24, 2009.

Paul James Koumjian, Huntsville, TX, pro se.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Paul James Koumjian, Texas prisoner # 1039181, seeks a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 petition as an unauthorized successive § 2254 petition. The district court's ruling relied upon its time-bar dismissal of Koumjian's prior federal habeas petition filed in 2005. The appeal from that dismissal, however, remains pending in this court. *See Koum-*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.